**Motion Granted; Order filed January 23, 2014**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-13-00482-CV
_____

**RDFM, INC., D/B/A EAGLE JEWELRY AND LOAN #2, Appellant**

**V.**

**UNITED NATIONAL INSURANCE COMPANY, GRIDIRON INSURANCE UNDERWRITERS, INC., BRYAN MEYER, PROFESSIONAL TEXAS INSURANCE AGENCY, INC. AND SHARON COBB, Appellees**

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2009-50936**

## ORDER

Appellant's brief was originally due August 14, 2013. We granted three extensions of time to file appellant's brief until January 14, 2014. When we granted the third extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On January 14, 2014, counsel filed a further request for extension of time to file appellant's brief. To

date, counsel has submitted no brief. We grant the request and issue the following order.

Accordingly, we order appellant to file a brief with the clerk of this court on or before **February 24, 2014**. If counsel does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM